IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEBRASKA ELECTRONICS, INC.,   )
                              )
           Plaintiff,         )        8:07CV364
                              )
      v.                      )
                              )
ST. PAUL FIRE AND MARINE      )        ORDER
INSURANCE COMPANY,            )
                              )
           Defendant.         )
_____)
```

　　　　Pursuant to the report of parties' planning conference (Filing No. 15),

　　　　IT IS ORDERED this action is stayed until February 4, 2008.  The parties shall file a written report on or before that date as to the status of the mediation.

　　　　DATED this 7th day of November, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court