IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEBRASKA ELECTRONICS, INC.,    )
                               )
              Plaintiff,       )          8:07CV364
                               )
       v.                      )
                               )
ST. PAUL FIRE AND MARINE       )          ORDER
INSURANCE COMPANY,             )
                               )
              Defendant.       )
_____)
```

      This matter is before the Court on the joint stipulated motion to extend stay (Filing No. 20). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED the joint stipulated motion to extend stay is granted; this action is stayed until February 11, 2008. The parties shall file a written report on or before February 11, 2008, as to the status of the mediation.

      DATED this 28th day of January, 2008.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court