IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEBRASKA ELECTRONICS, INC.,    )
                               )
            Plaintiff,         )         8:07CV364
                               )
      v.                       )
                               )
ST. PAUL FIRE AND MARINE       )         ORDER
INSURANCE COMPANY,             )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint motion to dismiss (Filing No. 22). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 1st day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court